UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD KREISLER,

Plaintiff,

-against-

227 EAST 56TH COMPANY LLC and 56TH STREET RESTAURANT LLC,

Defendants.

22-CV-4503 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Pursuant to the Case Management Plan and Scheduling Order entered April 12, 2023, no later than September 29, 2023, the parties were "to submit a joint letter updating the Court on the status of the case." (Doc. 33.) To date, the parties have not done so. Accordingly, the parties are directed to comply with the request for a joint letter no later than October 4, 2023. Failure to do so will result in an adjournment of the October 5, 2023 post-discovery conference.

SO ORDERED.

Dated: October 2, 2023
New York, New York

Vernon S. Broderick
United States District Judge