UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD KREISLER,<br><br>                    Plaintiff,<br><br>         v.<br><br>227 EAST 56TH COMPANY LLC, et al.,<br><br>                    Defendants. | 22-CV-4503 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: November 1, 2023
       New York, New York

                                              DALE E. HO
                                   United States District Judge